UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re MDL 1720 DAMAGES CLASS SETTLEMENT DISPUTES | : | No. 1:24-mc-03415 (BMC)(JAM) |
| | : | NOTICE OF APPEARANCE OF ALEXANDRA S. BERNAY |
| This Document Relates To: | : | |
| ALL ACTIONS. | : | |

PLEASE TAKE NOTICE that Alexandra S. Bernay of the law firm Robbins Geller Rudman & Dowd LLP hereby appears as counsel of record in the above-captioned action for and on behalf of Rule 23(b)(3) Class Plaintiffs. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices, and other documents in this proceeding to the undersigned counsel.

DATED: June 15, 2026

ROBBINS GELLER RUDMAN
& DOWD LLP
PATRICK J. COUGHLIN
ALEXANDRA S. BERNAY

s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBINS KAPLAN LLP
K. CRAIG WILDFANG
THOMAS J. UNDLIN
2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN 55402-2015
Telephone: 612/349-8500
612/339-4181 (fax)

BERGER MONTAGUE PC
H. LADDIE MONTAGUE, JR.
MERRILL G. DAVIDOFF
MICHAEL J. KANE
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: 215/875-3000
215/875-4604 (fax)

Co-Lead Counsel for Plaintiffs